1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| MARK STEPHEN THURWACHTER, | Case No. CV 16-01188 DOC (RAO) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

17
18
19
20
21
22

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Interim Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

23
24
25

    In his objections to the Report and Recommendation, Petitioner "elects to dismiss without prejudice the above entitled petition to exhaust the unexhausted claims." (Dkt. No. 28.)

26
///
27
///
28
///

1         Accordingly, IT IS ORDERED that Judgment shall be entered dismissing

2    this action without prejudice.

3

4    DATED:  November 2, 2016

5    _____

6    DAVID O. CARTER
     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28