JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEPHEN THURWACHTER, | Case No. CV 16-01188 DOC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  November 2, 2016

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE